In the Matter of NICHOLAS D. INTROCASO, Jr., an attorney at law.

For the order: *Mr. Raymond G. Betsch.*

For the respondent: *Mr. Alfred Brenner.*

March 31, 1958. Respondent suspended from the practice of law for three years and until further order. Opinion reported at 26 *N. J.* 353.